Judicial Code as amended (43 Stat. 936, 938) certiorari is denied. *Mr. Maurice R. Woulfe* for appellant. *Mr. John H. Tucker* for appellee.

No. —, original. Ex PARTE HESS. February 6, 1933. The motion for leave to file petition for a writ of *habeas corpus* is denied. *Mr. Wilfred R. Hess, pro se.*

No. 335. WILBUR, SECRETARY OF THE INTERIOR, *v.* UNITED STATES EX REL. CHESTATEE PYRITES & CHEMICAL CORP. February 13, 1933. Motion to modify the judgment in this case is granted.

No. 582. NEW YORK EX REL. NEW YORK & ALBANY LIGHTERAGE CO. *v.* LYNCH ET AL., TAX COMMISSIONERS OF NEW YORK. Appeal from the Supreme Court of New York. Submitted February 17, 1933. Decided February 20, 1933. *Per Curiam:* Judgment affirmed. *Cornell Steamboat Co.* v. *Sohmer*, 235 U. S. 549, 559; *Interborough Transit Co.* v. *Sohmer*, 237 U. S. 276, 283; *Flint* v. *Stone Tracy Co.*, 220 U. S. 107, 161, 162; *Ft. Smith Lumber Co.* v. *Arkansas*, 251 U. S. 532, 533, 534; *White River Lumber Co.* v. *Arkansas*, 279 U. S. 692, 695–699; *Lawrence* v. *State Tax Commission*, 286 U. S. 276, 283–285. *Winifred Sullivan* filed a brief for appellant. *Messrs. John J. Bennett, Jr.*, Attorney General of New York, and *Wendell P. Brown*, Assistant Attorney General, filed a brief for appellees.

No. 583. WESTLING *v.* UNITED STATES. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Jurisdictional statement submitted February 11, 1933. Decided